1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ARNOLD MYERS,

                Defendant.

2:12-cr-00113-JCM-VCF

**REPORT AND RECOMMENDATION**

Before the court is the Government's Motion to Dismiss Criminal Information Without Prejudice.  (#247).  On July 9, 2012, Defendant Myers entered a plea of guilty as to one count of conspiracy to commit wire and mail fraud.  On August 9, 2014, Defendant Myers died; thus, the Government seeks to dismiss the criminal information without prejudice against Arnold Myers pursuant to Federal Rules of Criminal Procedure 48(a).  *Id.*

Accordingly,

IT IS HEREBY RECOMMENDED that Government's Motion to Dismiss Criminal Information Without Prejudice (#247) is granted.

Dated this 21st day of November, 2014.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE